FILED
12/1/22 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLANIA

| | |
|---|---|
| In re: | ) Bankruptcy No.  22-21264-JAD |
| | ) |
| Erika Lee Gilbert | ) |
| | )   Chapter 13 |
| Debtor(s) | ) |
| | ) |
| Erika Lee Gilbert | ) |
| | ) |
| Movant(s) | )   Related to Document No. 36 |
| | )   Hearing date and time: December |
| | )   21, 2022 at 11:00 a.m. via Zoom |
| v. | ) |
| | ) |
| Bella Construction and Development, Inc. | ) |
| | ) |
| Respondent(s) | ) |

### <u>CONSENT ORDER OF COURT</u>

AND NOW, to wit, this  1st  day of  December, 2022, in consideration of the

Debtor Erika Lee Gilbert's Motion to Avoid Judicial Lien Under 11 U.S.C. 522(f)(1), and

with the consent of Debtor Erika Lee Gilbert, by and through her counsel, Scott R.

Lowden, and Respondent, Bella Construction and Development, Inc., by and through its

counsel, Brian P. Cavanaugh, IT IS HEREBY ORDERED AND DECREED that the

Judicial Lien held by Bella Construction and Development, Inc., entered in the Court of

Common Pleas of Washington County, Pennsylvania, at Docket No. 2021-5236 is

hereby avoided and any claims of Respondent are hereby unsecured subject to the

entry of a discharge order upon the competition of the Debtor's Chapter 13 case.  Only

upon the issuance of a Discharge Order in the within case pursuant to 11 U.S.C. §1328

and a Final Decree, may the Debtor Erika Lee Gilbert file the within Consent Order of

Court in the Court of Common Pleas of Washington County at Docket No. 2021-5236.

BY THE COURT:

JEFFERY A. DELLER
United States Bankruptcy Judge

CONSENTED TO:

/s/ Scott R. Lowden
Scott R. Lowden
Attorney for Debtor/Movant

/s/ Brian P. Cavanaugh
Brian P. Cavanaugh
Attorney for Respondent,
Bella Construction and Development, Inc.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 22-21264-JAD
Erika Lee Gilbert                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                              Page 1 of 2
Date Rcvd: Dec 01, 2022                 Form ID: pdf900                    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|----------|---|---------------------------|
| db | + | Erika Lee Gilbert, 35 Stella Street, Burgettstown, PA 15021-1043 |
| res | + | Bella Construction and Development, Inc., 13380 US Route 30, Suite 5, North Huntingdon, PA 15642-1125 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com |
| Brian P. Cavanaugh | on behalf of Respondent Bella Construction and Development  Inc. bcavanaugh@greensburglaw.com, bpcsecretary@greensburglaw.com |
| David A. Rice | on behalf of Debtor Erika Lee Gilbert ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                    on behalf of Debtor Erika Lee Gilbert niclowlgl@comcast.net


TOTAL: 8