IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21264-JAD |
| Erika Lee Gilbert, | : | |
| | : | |
| Debtor(s) | : | |
| Erika Lee Gilbert, | : | Chapter 13 |
| | : | |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| Crossroads Treatment Center, | : | |
| Respondent(s) | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order to Pay
Trustee Pursuant to Wage Attachment Dated December 16, 2022 and a completed
Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on
December 19, 2022.

Crossroads Treatment Center
Attn: Payroll Manager
212 Wilson Avenue
Washington, PA 15301

Attorney for Movant(s):
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA 15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329