IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy:  22-21264-JAD |
| Erika Lee Gilbert, | : | |
| Debtor, | : | |
| | : | Chapter 13 |
| | : | |
| Erika Lee Gilbert, | : | |
| Movant, | : | |
| | : | Related to Document No. |
| v. | : | |
| No Respondents, | : | |
| Respondent. | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order
dated August 1, 2024 and Amended Schedule C on each creditor listed
on the attached Clerk's Office Mailing Matrix, the Trustee and the United
States Trustee below by first class U.S. mail on August 2, 2024.

Attorney for Movant(s):
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID#  50329

Label Matrix for local noticing
0315-2
Case 22-21264-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Aug  1 13:40:46 EDT 2024

Bella Construction and Development, Inc.
13380 US Route 30
Suite 5
North Huntingdon, PA 15642-1125

Peoples Natural Gas Company LLC
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

(p)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Account Resolution Services
Attn: Bankruptcy
Po Box 459079
Sunrise, FL 33345-9079

Bella Construction & Development Inc.
c/o Brian P Cavanaugh, Esq.
229 South Maple Avenue
Greensburg, PA 15601-3242

Bella Constrution & Development, Inc.
13380 Route 30, Suite 5
Irwin, PA 15642-1125

Capital One
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Collection Service Ctr / Atul Shetty Md
Attn: Bankruptcy
Po Box 2060
Fairmont, WV 26555-2060

Debt Collection / Advanced Orthopaedics
Attn: Bankruptcy
Wes Mon Bldg 2, 11 Commerce Dr, Ste 208
Westover, WV 26501-3858

Dept Of Ed/582/nelnet
Attn: Bankruptcy Claims/Nelnet
Po Box 82505
Lincoln, NE 68501-2505

(p)FAY SERVICING  LLC
P O BOX 814609
DALLAS TX 75381-4609

First Portfolio Ventures Ii, Llc
3091 Governors Lake Drive Suite 500
Peachtree Corners, GA 30071-1135

National Recovery / ER Care of Washingto
Attn: Bankruptcy
Po Box 67015
Harrisburg, PA 17106-7015

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

TekCollect Inc / Hanger Clinic
Pob 1269
Columbus, OH 43216-1269

Transworld Sys Inc/51
Attn: Bankruptcy
Po Box 15630
Wilmington, DE 19850-5630

Transworld Sys Inc/51 / MedExpress
Attn: Bankruptcy
Po Box 15630
Wilmington, DE 19850-5630

U.S. DEPARTMENT OF EDUCATION C/O NELNET
121 SOUTH 13TH STREET
LINCOLN, NE 68508-1904

US Bank National Association
c/.o Caitlin Donnelly, Esq.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

US Bank Trust National Association, et al.
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

David A. Rice
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301-6806

Erika Lee Gilbert
35 Stella Street
Burgettstown, PA 15021-1043

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Scott R. Lowden
Scott R. Lowden, Esq
100 Heathmore Avenue
Pittsburgh, PA 15227-3226

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


US Bank Trust National Association           Fay Servicing Llc
c/o McCalla Raymer Leibert Pierce, LLC       Attn: Bankruptcy Dept
Bankruptcy Department                        Po Box 809441
1544 Old Alabama Road                        Chicago, IL 60680
Roswell, GA 30076




          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



(u)US Bank Trust National Association, Not In      End of Label Matrix
                                                   Mailable recipients   27
                                                   Bypassed recipients     1
                                                   Total                  28