IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

In Re: : Bankruptcy No. 22-21264-JAD
    Erika Lee Gilbert, :
                    Debtor(s) :
    Erika Lee Gilbert, :
                    Movant(s) :
: Related to Document No.
    v. :
    Crossroads Treatment Center, :
                    Respondent(s) :

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment dated September 9, 2024 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on September 10, 2024.

Crossroads Treatment Center
Attn: Payroll Manager
212 Wilson Avenue
Washington, PA. 15301

                                          Attorney for Movant(s):
                                          Rice & Associates Law Firm
                                          /s/ David A Rice, Esq.
                                          15 West Beau Street
                                          Washington, PA 15301
                                          724-225-7270
                                          ricelaw1@verizon.net
                                          PA ID# 50329