IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-21264 JAD |
| | ) | |
| Erika Lee Gilbert | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| Erika Lee Gilbert | ) | |
| | ) | Related to |
| Movant(s) | ) | Doc. No.   55 |
| vs. | ) | |
| | ) | |
| Ronda Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

CONSENT ORDER

It is hereby Ordered that upon consent of the Debtor and the Chapter 13 Trustee:

1. Wells Fargo forwarded a non-specific lump sum in the amount of $1,164.50 to the Trustee on or around July 31, 2024.

2. The Debtor filed Amended Schedules B & C on August 1, 2024 at DN 52 that exempted the amount of $556.00 of the lump sum payment by Wells Fargo.

3. The Debtor and Trustee agree that the remainder of the lump sum is to be earmarked for unsecured creditors after the deduction of Trustee fees.

4. US Bank Trust National Association (POC #6) filed a Notice of Mortgage Payment Change on August 30, 2024 that will increase the Debtor's monthly mortgage payment being paid through the plan.

5. The Debtor and Trustee agree that the exempted amount of $556.00 shall be dedicated to general plan funding.

6. The Debtor's confirmed Chapter 13 plan dated June 30, 2022 shall be increased from a monthly plan payment in the amount of $861.00 to a monthly payment amount of

$874.00 beginning September 2024 to provide funding to accommodate for the new monthly mortgage payment to US Bank Trust National Association (POC #6) in the amount of $437.46 beginning October 1, 2024.

7. The Debtor is not required to file a separate Response to Notice of Mortgage Payment Change related to the Notice of Mortgage Payment Change filed by US Bank National Trust Association (POC #6) in this matter.

8. This Order shall be deemed to be incorporated into the December 16, 2022 Order confirming the June 30, 2022 Plan.

So ORDERED, this ___9th___, day of ___September_____, 20_24_.

U.S. Bankruptcy Judge
Jeffery A. Deller

Consented to:

/s/ Scott R. Lowden
Scott R. Lowden, Esquire
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254
Attorney for Debtor

/s/ Owen Katz
Owen Katz, Esq.
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
Attorney for Chapter 13 Trustee

FILED
9/9/24 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21264-JAD |
| Erika Lee Gilbert | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erika Lee Gilbert, 35 Stella Street, Burgettstown, PA 15021-1043 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian P. Cavanaugh | on behalf of Respondent Bella Construction and Development Inc. bcavanaugh@tdc-law.com, bpcsecretary@greensburglaw.com |
| David A. Rice | on behalf of Debtor Erika Lee Gilbert ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

Scott R. Lowden

on behalf of Debtor Erika Lee Gilbert lowdenscott@gmail.com

TOTAL: 7