IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21264-JAD |
|    Erika Lee Gilbert, | : | |
| | : | |
|                     Debtor(s) | : | |
|    Erika Lee Gilbert, | : | |
|                     Movant(s) | : | |
| | : | Related to Document No. |
|    v. | : | |
|    Crossroads Treatment Center, | : | |
|                     Respondent(s) | : | |

## **CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Amended Order to Pay Trustee Pursuant to Wage Attachment issued on September 22, 2025 and The Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on September 23, 2025.

Crossroads Treatment Center
Attn: Payroll Manager
212 Wilson Avenue
Washington, PA. 15301

                                                Attorney for Movant:
                                                Rice & Associates Law Firm
                                                /s/ David A Rice, Esq.
                                                15 West Beau Street
                                                Washington, PA  15301
                                                724-225-7270
                                                ricelaw1@verizon.net
                                                PA ID#  50329