# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Erica Lee Gilbert                    )
                                            )    Case No. 22-21264 JAD
                                            )
                                            )    Chapter 13
                                            )
              Debtor(s).                    )    Related to Docs. #6, 46 and 67
_____X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❑ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:  Erica Lee Gilbert

- ❑ a motion to lift stay
     as to creditor  _____

- ☒ Other:   The plan is being modified to provide for the Notice of Mortgage Payment Change filed by JPMorgan Chase Bank, National Association on 9/4/2025.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Chapter 13 Plan dated   June 30, 2022
- ❑ Amended Chapter 13 Plan dated   _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $ 874.00   to
     $ 975.00   per Month, effective   September 2025; and/or the Plan term shall be

-1-

        changed from _____ months to _____ months.        .

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:  <u>JPMorgan Chase Bank, National Association CL#6 governs following all NMPC of record with the monthly payment to be $530.40 per month beginning 10/1/2025.  The Debtor is not required to file a separate Response to the NMPC filed on 9/4/2025.</u>

        **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

        **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  22nd  day of   September  , 2025

Dated:         9/22/2025

_____
United States Bankruptcy Judge sjk
Jeffery A. Deller

Stipulated by:

 /s/ Scott R. Lowden
Scott R. Lowden - Counsel to Debtor
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com

Stipulated by:

 /s/ James Warmbrodt
James Warmbrodt, Esq.
Counsel to Chapter 13 Trustee
600 Grant Street
Suite 3250 US Steel Tower
Pittsburgh, PA 15219

Stipulated by:

_____

```
FILED
9/22/25 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA
```

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-21264-JAD

Erika Lee Gilbert     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3

Date Rcvd: Sep 22, 2025     Form ID: pdf900     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erika Lee Gilbert, 35 Stella Street, Burgettstown, PA 15021-1043 |
| 15494568 | + | Bella Construction & Development Inc., c/o Brian P Cavanaugh, Esq., 229 South Maple Avenue, Greensburg, PA 15601-3242 |
| 15494572 | + | Collection Service Ctr / Atul Shetty Md, Attn: Bankruptcy, Po Box 2060, Fairmont, WV 26555-2060 |
| 15494573 | + | Debt Collection / Advanced Orthopaedics, Attn: Bankruptcy, Wes Mon Bldg 2, 11 Commerce Dr, Ste 208, Westover, WV 26501-3858 |
| 16561047 | | JPMorgan Chase Bank, National Association, 1600 South Douglas Rd Irvine, CA 92806 |
| 15494576 | + | National Recovery / ER Care of Washingto, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 15494577 | + | TekCollect Inc / Hanger Clinic, Pob 1269, Columbus, OH 43216-1269 |
| 15494579 | + | Transworld Sys Inc/51 / MedExpress, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15494580 | + | US Bank National Association, c/.o Caitlin Donnelly, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 23 2025 01:32:00 | US Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 23 2025 01:32:00 | JPMorgan Chase Bank, National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 23 2025 01:32:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15494567 | ^ | MEBN | Sep 23 2025 01:24:27 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 15494571 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2025 01:38:52 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15494570 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2025 01:38:52 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15509379 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2025 01:38:44 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15494574 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 23 2025 01:32:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15494575 | | Email/Text: ECF@fayservicing.com | Sep 23 2025 01:32:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |

Case 22-21264-JAD    Doc 73    Filed 09/24/25    Entered 09/25/25 00:33:58    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: pdf900 | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15501498 | ^ | MEBN | Sep 23 2025 01:24:33 | First Portfolio Ventures Ii, Llc, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 15494578 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 23 2025 01:32:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15497434 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 23 2025 01:32:00 | U.S. DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 15512723 | ^ | MEBN | Sep 23 2025 01:24:24 | US Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association, Not In Its Ind |
| res | ##+ | Bella Construction and Development, Inc., 13380 US Route 30, Suite 5, North Huntingdon, PA 15642-1125 |
| 15494569 | ##+ | Bella Constrution & Development, Inc., 13380 Route 30, Suite 5, Irwin, PA 15642-1125 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2025           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian P. Cavanaugh | on behalf of Respondent Bella Construction and Development Inc. bcavanaugh@tdc-law.com, bpcsecretary@greensburglaw.com |
| David A. Rice | on behalf of Debtor Erika Lee Gilbert ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Sep 22, 2025 | Form ID: pdf900 | Total Noticed: 22

on behalf of Debtor Erika Lee Gilbert lowdenscott@gmail.com

TOTAL: 7