**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In Re: | |
| Erika Lee Gilbert | Case No.: 22-21264-JAD |
| | Chapter 13 |
| Debtor(s) | |

**NOTICE OF ADDRESS CHANGE**

☐ Filed by the Debtor(s)
☒ Filed by a Creditor
☐ Filed by another party in interest

US Bank Trust Company, N.A., as Trustee, c/o Carrington Mortgage Services, LLC, Secured Creditor (Claim No. 6), files this notice of mailing address change to be used to provide notice and/or to deliver payments in this case. Pursuant to 11 U.S.C. § 342(e)(2), any notice in this case required to be provided to a creditor by the Debtor or the court will not be provided in case of the new name and/or mailing address designated below until after 7 days following the filing of this notice with the court.

**Current address to be changed:**

Name:              Carrington Mortgage Services, LLC
Address:           1600 S. Douglass Road, Suites 110 & 200-A
City, State, Zip:  Anaheim, CA 92806

**New name and/or mailing address below:**

☐ For payment purposes only
☐ For notice purposes only
☒ For both payment and notice purposes

1
NOTICE OF ADDRESS CHANGE

1  **New address of Creditor:**

2  Name:                Carrington Mortgage Services, LLC

3  Address:             500 N. State College Blvd., Suites 1030, 1300 and 1400

4  City, State, Zip:    Orange, CA 92868

6  *Under the penalty of perjury, I, the undersigned, affirm that I am authorized to request this*

7  *address change.*

9  Dated: 1/21/2026                              **Liepold Harrison & Associates PLLC**

10                                               */s/ Tawakoni Hill*
                                                 Tawakoni Hill
11                                               370 W. Las Colinas Blvd., Ste 220
                                                 Irving, TX 75039
12                                               *e.* PCNinquiries@lha-law.com
13                                               Authorized Representative of Secured Creditor

16  *\* This form cannot be used to file a formal notice of transfer of claim pursuant to Federal Rule of Bankruptcy Procedure 3001(e).*