IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21264-JAD |
| Erika Lee Gilbert, | : | |
| | : | |
| Debtor(s) | : | |
| Erika Lee Gilbert, | : | |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| Washington County Drug & Alcohol, | : | |
| Commission, Respondent(s) | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Amended Order to Pay Trustee Pursuant to Wage Attachment issued on September 15, 2026 and The Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on September 17, 2026.

Washington Co. Drug & Alcohol Commission
Attn: Payroll Manager
90 West Chestnut Street, Suite 310
Washington, PA. 15301

Attorney for Movant:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA 15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329